United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-30950
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COREY EDWARD MICHAELS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CR-20066-2
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defender appointed to represent
Corey Edward Michaels on direct appeal has moved for leave to
withdraw and has filed a brief as required by <u>Anders v.
California</u>, 386 U.S. 738 (1967).  Michaels was provided with a
copy of counsel's <u>Anders</u> motion and brief but has not filed a
response.  Our independent review of counsel's brief and the
record discloses no nonfrivolous issue.  Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.